IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                    Case No.: 3:19cv436/LAC/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated February 28, 2019, Plaintiff was given thirty (30) days in which to file a completed motion to proceed in forma pauperis or pay the filing fee (*see* ECF No. 5). That time elapsed, and Plaintiff failed to submit a motion to proceed in forma pauperis or pay the filing fee. Additionally, the order of February 28 was returned and marked as undeliverable and "unable to forward," thus indicating that Plaintiff has failed to keep the court apprised of his current address. Because Plaintiff failed to submit a completed IFP motion or pay the filing fee by the deadline, or notify the court of his current address, on April 4, 2019, the court issued an order

requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit a motion to proceed in forma pauperis, pay the filing fee, provide a current address, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 9th day of May 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.